**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand and fifteen.

Before:      Ralph K. Winter,
                      *Circuit Judge.*

In the Matter of: Howard G. Gold, Arlene S. Gold,

     Debtors.

*******************

Howard G. Gold,

     Debtor - Appellant,

v.

William K. Harrington, United States Trustee,

     Appellee.

**ORDER**
Docket No. 15-2310

Counsel for Appellant moves for a one-month extension to file the principal brief and appendix.

No reason justifying the extension having been given, see <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013), the motion is DENIED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

